## SUPREME COURT.

EMMA HOFFMAN agt. WILLIAM HOFFMAN.

*Special Term, June*, 1864.
*Before* LEONARD, *Justice.*

WHITING & SCHIEFFELIN, *for the motion.*
JOHN F. BAKER *and* THOS. G. SHEARMAN, *opposed.*

THIS was an action for a limited divorce, which has been pending for some months. The plaintiff now moved, upon voluminous papers, for leave to file a supplemental complaint, alleging adultery, and praying an absolute divorce.

The court denied the motion, on the ground that the causes of action were incompatible, and that the complaint, if allowed, would be demurrable.